

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2022

No. 04-21-00416-CV

Kimi-Lyn **MURRAY**,
Appellant

v.

Phillip **MURRAY**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-19449
The Honorable Monique Diaz, Judge Presiding

# O R D E R

On January 25, 2022, we ordered court reporter Sachiko Nagao to file her volume of the reporter's record in this case by February 4, 2022. In response to our order, Ms. Nagao filed a notification of late record stating that the record was complete, but appellant had not paid the final balance for the preparation of the record. On February 1, 2022, Ms. Nagao filed a second notification of late record showing that she had initially sent appellant an incorrect invoice. Ms. Nagao stated that she sent appellant a corrected invoice on January 26, 2022; that she had received a partial payment in response to her original invoice; and that appellant owed a balance of $133.00.

We therefore **ORDER** appellant to provide written proof to this court that the remaining balance of Ms. Nagao's fee has been paid **by February 14, 2022**. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will consider only those issues or points raised in appellant's brief that do not require Ms. Nagao's volume of the record for a decision. *See* Tex. R. App. P. 37.3(c).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2022.



Michael A. Cruz,
Clerk of Court